DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LUIS SORO,**
Appellant,

v.

**THE HOME DEPOT, U.S.A., INC.,**
Appellee.

No. 4D2025-2994

[July 23, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Carolyn Ruth Bell, Judge; L.T. Case No. 502023CA012574XXXXMB.

Luis Soro, Miami Beach, pro se.

Erin J. O'Leary and Jeffrey S. Weiss of Garganese, Weiss, D'Agresta & Salzman, P.A., Orlando, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, KLINGENSMITH, JJ., and SCHWAB, CHARLES, ANTHONY, Associate Judge, concur.

\*     \*     \*

***Not final until disposition of timely-filed motion for rehearing.***